UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY ANDRE SHARP,<br><br>　　　　Plaintiff,<br>v.<br><br>LONIE HANSEN, et al.,<br><br>　　　　Defendants. | No. CV 08-2978　(FFM)<br><br>ORDER TO SHOW CAUSE |

On May 7, 2008, plaintiff filed an application to proceed *in forma pauperis* by a prisoner. Pursuant to 28 U.S.C. § 1915(g), "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it . . . fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." In his proposed civil rights complaint, plaintiff identifies a number of prior actions including *Sharp v. Mason*, CIV S-03-1354 EJG DAD P, filed in the United States District Court for the Eastern District of California, *Sharp v. Arcamons*, CIV S-04-0595 DFL GGH P, filed in the United States District Court for the Eastern District of California, and *Sharp v. Cueva*, CIV S-02-1686 FCD GGH P, filed in the United States District Court for the Eastern District of California. The three aforementioned civil

///

actions were all dismissed for failure to state a claim. (See attached Findings and Recommendations, Orders, and Judgments.)

Therefore, plaintiff is ordered to show cause within 20 days of the date of this order why the application to proceed *in forma pauperis* by a prisoner should not be denied and the action be dismissed for failure to pay the filing fee.

DATED: May 29, 2008

FREDERICK F. MUMM
United States Magistrate Judge